UNITED STATES of America, Plaintiff—Appellee,

v.

Apolinar Montez HERNANDEZ–MIRAMONTES, Defendant—Appellant.

No. 03–10444.

D.C. No. CR–02–00281–PMP.

United States Court of Appeals, Ninth Circuit.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Aug. 9, 2004.*

Decided Aug. 19, 2004.

Pamela A. Martin, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Chad A. Bowers, Esq., Law Offices of Chad A. Bowers, Ltd., Las Vegas, NV, for Defendant–Appellant.

Before SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

MEMORANDUM **

Apolinar Montez Hernandez–Miramontes appeals his guilty-plea conviction and 63–month sentence for distributing methamphetamine, in violation of 21 U.S.C. § 841. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hernandez–Miramontes's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief.

Our examination of the briefs and independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

